# ARRAIGNMENT MINUTE SHEET
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**
**Albuquerque - Pecos Courtroom**

| CR 12-1932 JH | UNITED STATES vs. CASH |
|---|---|

**Before The Honorable Lorenzo F. Garcia, United States Magistrate Judge**

| Hearing Date: | August 23, 2012 | Librety-Pecos @ | **10:05 am - 10:17am** |
|---|---|---|---|
| AUSA: | James Tierney | Clerk: | K. Dapson |
| Deft's Name: | Robin Cash | Defense Counsel: | Margaret Katze |
| | | Interpreter: | | Sworn |

| | |
|---|---|
| X | Extent of education/schooling |
| X | Deft questioned re physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. |
| X | Deft received a copy of the Indictment |
| X | Deft questioned re time to consult with attorney regarding the penalties |
| X | Does defendant want Indictment read in open court |
| X | Does defendant waive reading of Indictment |
| X | Is defendant ready to plead |
| X | **Defendant enters plea of NOT GUILTY to all counts** |
| X | Matter referred to USDC |
| X | **Meet and Confer by 9/3/12** |
| X | **Motions due by 9/12/12** |
| X | **Case assigned to: HERRERA** |
| X | Trial set on trailing docket: TO BE NOTIFIED |
| | Defendant remanded to custody of USMS | X | Bond set at/Released |
| X | Penalty for Failure to Appear Advised |
| X | Discovery Order electronically filed |
| X | First Appearance of Defendant |
| | Other Matters: **BENCH CONFERENCE** |