# PLEA MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 12-1932 JH | UNITED STATES vs. CASEH |
|---|---|

**Before The Honorable Robert H. Scott, United States Magistrate Judge**

| Hearing Date: | May 15, 2013 | Time In and Out: | 10:29 am - 10:39 am |
|---|---|---|---|
| Clerk: | Carla Lopez | Digital Recording: | HONDO |
| Defendant: | **Robin Cash** | Defendant's Counsel: | **Margaret Katze** |
| AUSA: | **John Anderson** | Interpreter: | **None** |

| | Sworn |
|---|---|
| | Waived |

| | |
|---|---|
| X | Defendant Sworn |
|   | First Appearance |
| X | Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect. |
| X | Deft acknowledges receipt of: **INDICTMENT** |
|   | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. |
| X | Terms and conditions of proposed plea agreement explained. |
| X | Factual predicate to sustain the plea provided. |
| X | Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea. |
| X | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). |
| X | Deft questioned re time to consult with attorney and if satisfied with his or her representation. |
| X | Court finds Deft fully understands charge(s), terms of plea, and the consequences of entry into plea agreement. |
| X | Deft pleads GUILTY to: **INDICTMENT** |
| X | Allocution by Deft on elements of charge(s). |
| X | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. |
| X | Deft adjudged guilty. |
| X | Acceptance of plea agreement deferred until final disposition hearing by district judge. |
| X | Sentencing Date: **to be notified** |
|   | **Defendant to Remain in Custody** |
| X | **Present conditions of release continued** — Conditions changed to: |
|   | **Penalty for failure to appear explained** |
| X | **Presentence Report Ordered** — Expedited (Type III) |
|   | **Other Matters:** |