

*Alternative House, Inc.*
# LA PASADA

2206 Fourth Street NW
Albuquerque, New Mexico 87102

(505) 242-3799
Fax (505) 247-0485

| | | |
|---|---|---|
| December 1974W | Personnel | January 1994R |
| November 1982R | | January 1995R |
| January 1986R | Personnel Policies and Procedures | December 1996R |
| December 1989R | | February 1997RW |
| August 1991R | Pre-Trial/BOP 9003 | November 1998R |
| January 1993R | | November 2000R |
| May 2003 R | | April 2002R |
| Sept 2003R | | March 2004R |

Policy:

All personnel policies shall be approved, reviewed and updated, if necessary, and adopted by the governing authority. Orientation for each new employee shall include review of personnel policies and procedures. Each employee shall have access to a copy of the personnel policies manual section.

Procedure:

A. Introduction

These policies and procedures have been developed by the Board of Directors as a guideline for personnel to perform their duties for the agency, and to provide a sound administrative base for dealing with personnel matters. Policies outlined are binding on all personnel.

Although the Board has attempted to be as specific as possible, there may be instances not directly referred to in this manual. In such cases, discretion must be exercised by the appropriate supervising staff and the Executive Director in resolving the situation, with appeal to the board available as the final mode of resolution in disputes.

These policies and procedures do not constitute a contract of employment. Employees want only the opportunity to perform their assignments in an acceptable manner, and as such, this manual serves merely as a guide to the Employee's relationship with the Employer.

B. Organizational Chart

C. Responsibilities

    1. Board of Directors

    The Board of Directors is responsible for establishing basic policy within which the agency operates. In personnel matters, it has the authority to approve plans for re-organization, set salary levels for job positions, approve the hiring of the Executive Director and contractual and consultant staff. The board will have the power to make decisions in employee grievances which come to its attention.

    2. Personnel Committee

    The Personnel Committee is comprised of members of the Board of Directors. The Personnel Committee selects its own chairperson from among the members. The Personnel Committee reviews personnel matters and makes recommendations to the Board of Directors for final approval. Included in its functions are the authority to hear grievances of employees which come to its attention, review salary schedules, consider revisions of the organizational chart, review and make recommendations regarding changes in job descriptions, and review and update personnel policies and procedures.

GOVERNMENT EXHIBIT 1

Chartered as a non-profit corporation by the State of New Mexico, and dedicated to providing services in the fields of Corrections

002647

3. Executive Director

    The Board of Directors hires and, if necessary, terminates the Executive Director. The Executive Director is responsible for operation of all agency programs and staff supervision, subject to policies set by the Board of Directors.

D. Staff Development

    1. Recruitment and Selection     Refer to 3-ACRS-1C-09 Selection and Promotion

    2. Orientation

    All new employees will be given written copies of current personnel policies and their respective job descriptions. Orientation sessions will be conducted within the first week of employment as stated on the New Employee Orientation & Training form, as well as on personnel policies and procedures (i.e., grievance procedures, employee benefits, etc.) and the employee's specific job duties.

    3. Training Period

    All new staff members shall serve a one (1) year training period of employment. Any employee who is reclassified or promoted also shall serve a six (6) month training period in the new position.

    During this period, the immediate supervisor at the conclusion of six (6) months and twelve (12) months will evaluate the staff member's job performance. Two weeks prior to the end of the training period, a recommendation to grant a staff member employee status based on his/her job performance evaluation may be made by the Supervisor to the Executive Director.

    <u>Termination during the training period is not subject to the appeal process outlined in Grievance and Appeal procedures</u>.

    4. Continued Education

    With appropriate administrative approval, staff are entitled to take one course per semester (up to 3 credits) without a tuition charge. All employees who take a course during their working hours are expected to make up the work time they spend in class. Employees enrolling for more than three (3) semester credits must obtain prior approval of the Executive Director. It will be necessary to present in detail a plan for making up the normal work time missed while attending classes. Registration for course work must be made with approval of the Director/Department Supervisor and by use of the Staff Member Course Authorization form obtained in the Business office. This benefit does not apply to individuals holding graduate assistantships. Tuition will be reimbursed upon evidence of the completion of the approved class(es) with a grade of "C" or above.

    All employees are encouraged to engage in educational opportunities and to take

**002648**